**UNIVERSAL AMUSEMENT
COMPANY, INC., et al.,**
**v.**
**Carol VANCE et al.**

**Richard C. DEXTER, Plaintiff-Appellee,**
**v.**

**Ted BUTLER, District Attorney of Bexar
County, Texas, et al.,
Defendants-Appellants.**

**No. 75–4313.**

United States Court of Appeals,
Fifth Circuit.

Dec. 18, 1978.

Rehearing Denied Jan. 19, 1979.

Max P. Flusche, Jr., Asst. Atty. Gen., John L. Hill, Atty. Gen., David M. Kendall,

---

First Asst. Atty. Gen., Joe B. Dibrell, Lonny F. Zwiener, Asst. Attys. Gen., Austin, Tex., for State of Texas.

Douglas C. Young, Keith W. Burris, Asst. Crim. D. Attys., San Antonio, Tex., for Butler.

Edgar Pfeil, Asst. City Atty., Jane Haun Macon, Steven W. Arronge, Asst. City Attys., San Antonio, Tex., for Peters.

Frierson M. Graves, Jr., Memphis, Tenn., Gerald H. Goldstein, San Antonio, Tex., for R. C. Dexter & Southland & King Arts.

Before BROWN, Chief Judge, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, CLARK, RONEY, GEE, TJOFLAT, HILL, FAY, RUBIN and VANCE, Circuit Judges.*

PER CURIAM:

The en banc court adopts as its opinion herein so much of the panel opinion as commences at 559 F.2d 1286 following the sub-heading "II. *DEXTER v. BUTLER.*" We supplement the portion of that opinion concerning attorneys' fees by reference to Part IV of our en banc opinion in the King Arts Theatre case handed down today, 587 F.2d 159 (5th Cir. 1978). It is so ORDERED.